# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BOBBY SNEED

VERSUS

TIM HOOPER, WARDEN

NO.  2021 CW 1460

**NOVEMBER 23, 2021**

---

In Re:   Louisiana Committee on Parole and Executive Director Francis Abbott, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 711804.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.**  The ruling of the trial court ordering respondent Bobby Sneed released on parole is vacated. The authority to grant or deny parole is constitutionally vested in the Committee on Parole. See La. R.S. 15:574.11; and **Leach v. Louisiana Parole Bd.**, 2007-0848 (La. App. 1st Cir. 6/6/08), 991 So.2d 1120, 1124-25, writs denied, 2008-2385 (La. 8/12/09), 17 So.3d 378 & 2008-2001 (La. 12/18/09), 23 So.3d 947.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT